No. 3,604.—STATE EX REL. F. J. SPAULDING, RELATOR, *v.* BOARD OF COUNTY COMMISSIONERS OF HILL COUNTY, MONTANA, and A. M. MORSE, RESPONDENTS.

Original application for writ of mandate.

Decided January 18, 1915.

PER CURIAM.—It appearing that A. M. Morse, one of the respondents herein, is not a necessary or proper party to this proceeding, it is ordered that the proceedings as to him be dismissed. It further appearing from its answer herein that the respondent board of county commissioners has fully complied with the demands of the alternative writ, it is ordered that the proceedings as to the board be also dismissed and that the relator have and recover his costs as against the board. The respondent Morse is entitled to recover his costs of relator.

*Messrs. Freeman & Thelen,* for Relator.

*Mr. Frank W. Turcotte,* for Respondents.

———————————

No. 3,425.—GAIL V. LYNCH, RESPONDENT, *v.* WYLIE PERMANENT CAMPING CO., APPELLANT.

*Appeal from District Court, Park County; J. M. Clements, a Judge of the First Judicial District, presiding.*

Decided January 18, 1915.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be, and the same is hereby, dismissed in accordance with *praecipe* of counsel for appellant on file herein.

*Mr. O. M. Harvey* and *Messrs. Wm. Wallace, Jr., John G. Brown* and *T. B. Weir,* for Appellant.